FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN S GUNDERSON,<br><br>Defendant. | No. 1:21-PO-08225-ACE-1<br><br>ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF Nos. 25, 26, 27** |

Before the Court, pursuant to Federal Rule of Criminal Procedure 48(a), is the United States' Motion to Dismiss (ECF No. 27). Assistant United States Attorney Todd Swensen and Legal Intern Francis Sefton represented the United States on this Motion.

On August 6, 2021, Defendant was charged by citation with a violation for taking or possessing big game having a value of $250.00 or more, and recklessly allowing such wildlife to be wasted, in violation of 18 U.S.C. § 13 and R.C.W. 77.15.170(a), Violation Notice No. 9171489. ECF No. 1. The Government moves to dismiss the Citation, with prejudice, based on Defendant's compliance with the requirements of the Pretrial Diversion Agreement (ECF No. 22-1). ECF No. 2.

Because Defendant has complied with the requirements imposed under the Pretrial Diversion Agreement in this matter, **IT IS ORDERED**:

ORDER - 1

1.    The United States' Motion to Dismiss (**ECF No. 27**) is **GRANTED**.

2.    Defendant's Motion to Expedite (**ECF No. 26**) is **DENIED AS MOOT**.

3.    Defendant's Motion to Dismiss (**ECF No. 25**) is **DENIED AS MOOT**.

4.    Violation No. 9171489 (taking or possessing big game having a value of $250.00 or more, and recklessly allowing such wildlife to be wasted, in violation of 18 U.S.C. § 13 and R.C.W. 77.15.170(a)) is **DISMISSED WITH PREJUDICE**.

5.    All future hearings and deadlines are **STRICKEN**.

6.    The District Court executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**IT IS SO ORDERED**.

DATED August 4, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2